IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILFREDO GONZALEZ-LORA,
      Plaintiff,
      v.
GEORGE WIGEN, WARDEN, MOSHANNON
VALLEY CORRECTIONAL CENTER,
      Respondent

Case No. 3:15-cv-161-KRG-KAP

## Memorandum Order

Petitioner's Rule 59 motion, docket no. 6, was referred to Magistrate Judge Keith A. Pesto under 28 U.S.C.§ 636(b)(3).

The Magistrate Judge filed a Report and Recommendation on October 5, 2015, docket no. 10, recommending that the motion be denied.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file objections. Petitioner did not file objections to the Report and Recommendation, and the time to do so has expired.

Upon review of the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this **28th** day of October, 2015, it is

ORDERED that the Motion to Alter or Amend at docket no. 6 is denied.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Wilfredo Gonzalez-Lora, Reg. No. 42980-083
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg, PA 16866